UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY BURTON, Individually and as Special Administrator of the Estate of Phillip Burton, Deceased,<br><br>   Plaintiff,<br><br> v.<br><br>DETROIT DIESEL CORPORATION, et al.,<br><br>   Defendants. | Case No. 09-cv-661-JPG |

## MEMORANDUM AND ORDER

  This matter comes before the Court on the Stipulation of Dismissal without prejudice (Doc. 13) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 2, 2009**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**