UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY BURTON, Individually and as
Special Administrator of the Estate of Phillip
Burton, Deceased,

    Plaintiff,

v.

DETROIT DIESEL CORPORATION, et al.,

    Defendants.

Case No. 09-cv-661-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL**

Dated: October 2, 2009                                  s/Brenda K. Lowe, Deputy Clerk


Approved:    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**